ROBERT E. BOONE III California Bar No. 132780
NAFIZ CEKIRGE California Bar No. 255710
KAMAO C. SHAW California Bar No. 253350
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
kamao.shaw@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. (erroneously sued as "Bank of America")
BAC HOME LOANS SERVICING, LP (erroneously sued as "BAC")
RECONTRUST COMPANY, N.A. (erroneously sued as "RECONTRUST") and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as "MERS")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| SANTIAGO SANTOS and VIRGINIA SANTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, BAC, RECONTRUST, MERS,<br><br>Defendants. | Case No. CV10-01892 R (OPx)<br><br>Hon. Manuel L. Real<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION *WITH PREJUDICE***<br><br>[Filed concurrently with [Proposed] Judgment]<br><br>Complaint Filed: March 16, 2010<br>Trial Date: Not yet assigned |

0309351/789237

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION**
***WITH PREJUDICE***

The Motion of defendants Bank of America, N.A., BAC Home Loans Servicing, LP, ReconTrust Company, N.A., and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") to dismiss the Complaint of plaintiffs Santiago Santos and Virginia Santos ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted, came on regularly for hearing on June 7, 2010, the Honorable Manuel L. Real presiding. Having considered the Motion to Dismiss, all papers submitted in support thereof and opposition thereto, as well as the oral argument of counsel and Plaintiffs, and with good cause appearing, **IT IS HEREBY ORDERED THAT:**

The Motion to Dismiss is granted in its entirety, *with prejudice*. Plaintiffs' Complaint fails to state a claim against Defendants upon which relief may be granted.

Dated: June 9, 2010      _____
                         Honorable Manuel L. Real

0309351/789237

[PROPOSED] ORDER OF DISMISSAL