ROBERT E. BOONE III California Bar No. 132780
NAFIZ CEKIRGE California Bar No. 255710
KAMAO C. SHAW California Bar No. 253350
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
kamao.shaw@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. (erroneously sued as "Bank of America")
BAC HOME LOANS SERVICING, LP (erroneously sued as "BAC")
RECONTRUST COMPANY, N.A. (erroneously sued as "RECONTRUST") and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as "MERS")

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| SANTIAGO SANTOS and VIRGINIA SANTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, BAC, RECONTRUST, MERS,<br><br>Defendants. | Case No. CV10-01892 R (OPx)<br><br>Hon. Manuel L. Real<br><br>**JUDGMENT**<br><br>[Filed concurrently with [Proposed] Order of Dismissal of Entire Action *With Prejudice*]<br><br>Complaint Filed: March 16, 2010<br>Trial Date: Not yet assigned |

0309351/789238

**JUDGMENT**

The present action filed by plaintiffs Santiago Santos and Virginia Santos ("Plaintiffs") against defendants Bank of America, N.A., BAC Home Loans Servicing, LP, ReconTrust Company, N.A., and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), having been dismissed *with prejudice* on June 7, 2010 for failure to state a claim upon which relief may be granted, judgment is hereby entered in favor of Defendants and against Plaintiffs.

Defendants are entitled to recover all costs, fees, and other awards to the extent permitted by law.

Dated: June 9, 2010   _____

Honorable Manuel L. Real

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

0309351/789238

[PROPOSED] JUDGMENT